# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3991
Lower Tribunal No. 2019-CF-015232-A-O

_____

OWEN WOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Julie H. O'Kane and Kevin B. Weiss, Judges.

January 13, 2026

PER CURIAM.

AFFIRMED.

MIZE, KAMOUTSAS and PRATT, JJ., concur.


Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Owen Wood, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED